IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMILA MOSI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-918-L |
| | § | |
| VALET LIVING, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jamila Mosi ("Mosi") and Defendant Valet Living, L.L.C. ("Defendant") by and through their respective counsel, hereby stipulate and agree that all disputes between Mosi and Defendant have been resolved, that Mosi's claims against Defendant shall be dismissed with prejudice, and that the parties to this stipulation shall bear their own costs, expenses, and attorney fees.

Respectfully submitted:

*/s/ Mary L. Harokopus (w/permission)*
Mary L. Harokopus
Mary@harokopuslaw.com
State Bar No. 00789347
MARY L. HAROKOPUS, PLLC
5700 Granite Parkway, Ste. 200
Plano, Texas 75024
Tel:  (972) 731-2524
Fax:  (469) 519-5547

**ATTORNEY FOR PLAINTIFF**

and


*/s/ Paul E. Hash*
Paul E. Hash
Paul.Hash@jacksonlewis.com
State Bar No. 09198020
Shelby M. Broaddus
Shelby.Broaddus@jacksonlewis.com
State Bar No. 24096209
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Tel:  (214) 524-2400
Fax:  (214) 520-2008


**ATTORNEYS FOR DEFENDANT**